DOROTHY PASS, as Administratrix of the Estate of SAMUEL SHERWIN, Deceased, Appellant, v. BEATRICE B. SPIRT, Also Known as BILLIE SPIRT,

Respondent.—

Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.